J. Andrew Coombs (SBN 123881)
andy@coombspc.com
Annie S. Wang (SBN 243027)
annie@coombspc.com
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone: (818) 500-3200
Facsimile: (818) 500-3201

Robert J. Ward
Thomas C. Wright
Gardere Wynne Sewell, L.L.P.
1601 Elm Street, Suite 3000
Dallas, Texas 75201
Telephone: (214) 999-3000
Facsimile: (214) 999-3266

Attorneys for Plaintiff Heeling Sports Limited

Ang Li a/k/a Leon Lee
My Roller Shoes
Tammy Ann & Ang Li Company
6013 Camellia Ave
Temple City, CA 91780

Defendants, *in pro se*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Heeling Sports Limited,<br><br>　　　　　Plaintiff,<br>　v.<br><br>My Roller Shoes, et al.<br><br>　　　　　Defendants. | Case No. CV07-07783 DSF (SHx)<br><br>PERMANENT INJUNCTION AND JUDGMENT |

The Court, having read and considered the Joint Stipulation Re Entry of [Proposed] Permanent Injunction and Final Judgment that has been executed by Plaintiff Heeling Sports Limited ("Heeling") and Defendants My Roller Shoes ("MRS"), Tammy Ann & Ang Li Company ("Tammy"), and Ang Li a/k/a Leon Lee ("Li") (collectively "Defendants") in this action, and good cause appearing, it is:

HEREBY ORDERED, ADJUDGED, AND DECREED as follows:

1. Heeling is a Texas limited partnership having its principal place of business in Carrollton, Texas.

2. Ang Li, a/k/a Leon Lee ("Li") is an individual residing at 6013 Camellia Ave, Temple City, California 91780.

3. My Roller Shoes is a d/b/a designation for Li with a place of business at 10127-A La Rosa Drive, Temple City, California 91780.

4. Tammy Ann & Ang Li Company is a d/b/a designation for Li with a place of business at 5323 Tyler Ave, Temple City, California 91780.

5. This Court has jurisdiction over Plaintiff and Defendants (collectively the "Parties") and over the subject matter hereof pursuant to 28 U.S.C. §§ 1331 and 1338. Service of process was properly made against Defendants.

6. Heeling owns or controls the pertinent rights in and to the following patents, and all of the claims thereof, are valid and enforceable: United States Patent No. 6,406,038 ("the '038 Patent"), United States Patent No. 6,739,602 ("the '602 Patent"), and United States Patent No. 6,746,026 ("the '026 Patent") (collectively "the Patents").

7. Defendants and their agents purchased, used, and/or sold wheeled footwear that were the same as or similar to those shown in Exhibit A (hereinafter "Knockoff Skates") to this Permanent Injunction and Final Judgment, and such acts directly infringed one or more claims of each of the '038 Patent, the '602 Patent, and the '026 Patent. The Knockoff Skates are wheeled footwear having one or more wheels in an opening in the bottom of the heel that allow a user to walk or run on the forefoot and transition to rolling on the wheel or wheels in the heel.

8. The Parties have resolved their dispute by entering into a Settlement Agreement between them (hereinafter "Settlement Agreement"), and have agreed that this Court shall retain exclusive jurisdiction over the Parties as to any disputes or further actions regarding or relating to the Settlement Agreement, and to entertain

such further proceedings and to enter such further orders as may be necessary or appropriate to implement and enforce the provisions of this Permanent Injunction and Final Judgment. The Parties acknowledge, agree and willingly submit that they are subject to personal jurisdiction of this Court to handle all such disputes.

9. Plaintiff has established a reasonable royalty under 35 U.S.C. § 284 of Fifteen Dollars ($15.00) per pair of Knockoff Skates.

10. Defendants, their agents, employees, successors, heirs, and assigns, and all other persons and entities in active concert or participation with them who receive actual notice hereof by personal service or otherwise are enjoined and restrained from infringing, either directly or indirectly, or inducing infringement of or contributorily infringing any of the claims of the '038 Patent, the '602 Patent, and the '026 Patent, and from making, having made, importing, purchasing, using, selling or offering to sell Knockoff Skates during the life of such patents, including any wheeled footwear or skate having at least one wheel in the heel that is to be or is used by walking or running on the forefoot portion of the sole and then transitioning to rolling on the wheel or wheels in the heel.

11. Nothing herein shall be construed as a release as to any third party, including, for example, the party(s) that manufactured the Knockoff Skates, the party(s) that supplied the Knockoff Skates to Defendants, the party(s) that purchased the Knockoff Skates from Defendants, or others that may have participated in the infringement by Defendants through acts constituting inducement of patent infringement of any of the '038 Patent, the '602 Patent, or the '026 Patent.

12. Except as provided herein and in the Settlement Agreement, all claims alleged in this action by and against MRS, Tammy, and Li only are dismissed with prejudice.

13. This Permanent Injunction and Judgment shall be deemed to have been served upon Defendants at the time of its execution by the Court.

14. The Court finds there is no just reason for delay in entering this Permanent Injunction and Judgment and, pursuant to Rule 54(a) of the Federal Rules of Civil Procedure, the Court directs immediate entry of this Permanent Injunction and Judgment against Defendants.

15. Each side shall bear its own fees and costs of suit.

16. In the event that Defendants breach certain terms of the Settlement Agreement, the above-captioned action shall, upon request of the Plaintiff, be reopened for the filing by Plaintiff of the Joint Stipulation re Entry of [Proposed] Supplemental Judgment and [Proposed] Supplemental Judgment.

IT IS SO ORDERED on this 21 day of November, 2008.

_/s/ Dale S. Fischer_
Hon. Dale S. Fischer
UNITED STATES DISTRICT JUDGE

PRESENTED BY:
J. Andrew Coombs, A Prof. Corp.

By: _____
J. Andrew Coombs
Annie S. Wang
Attorneys for Plaintiff Heeling Sports Limited

Ang Li a/k/a Leon Lee

By: _____
Ang Li a/k/a Leon Lee
Defendant, *in pro se*

My Roller Shoes

By: _____
Ang Li a/k/a Leon Lee
Defendant, *in pro se*

Tammy Ann & Ang Li Company

By: _____
Ang Li a/k/a Leon Lee
Defendant, *in pro se*