1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                    CENTRAL DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| Heeling Sports Limited, | )  Case No. CV07-07783 DSF (SHx) |
| Plaintiff, | )  PRELIMINARY INJUNCTION |
| v. | ) |
| My Roller Shoes, Ang Li a/k/a Leon Lee, Tammy Ann & Ang Li Company, New Century Footwear, Inc., AirSun Shoes USA, Inc., ACU Group, Inc., Jin-Fu Lei aka Jeffrey Lei aka Big Lei and Does 5 – 10, inclusive, | ) |
| Defendants. | ) |

        This cause having come before this Court on the motion of Plaintiff Heeling

Sports Limited ("Heeling" or "Plaintiff") for entry of partial default judgment and

permanent injunction against Defendants New Century Footwear, Inc., AirSun Shoes

USA, Inc., ACU Group, Inc., Jin-Fu Lei aka Jeffrey Lei aka Big Lei (collectively

"Defendants");

        AND, the Court having read and considered the pleadings, declarations and

exhibits on file in this matter and having reviewed such evidence as was presented in

support of Plaintiff's Motion;

        AND, the Court having determined that a preliminary injunction instead of a

permanent injunction is appropriate, the Court finds the following facts:

Plaintiff is the owner of all rights in and to certain patents including, but not limited to United States Patent No. 6,406,038 ("the '038 Patent"), United States Patent No. 6,739,602 ("the '602 Patent"), and United States Patent No. 6,746,026 ("the '026 Patent") (collectively "the Patents"), and all such Patents, and patent claims therein, are valid and enforceable.

At all relevant times Heeling has been and is now the sole and exclusive assignee and owner of all right, title, and interest to the Patents.

Heeling has not granted Defendants or to any of them any license or permission to use or exploit any of its patents, including the '038, '602 and the '026 Patents.

Defendants engage in the unauthorized import, distribution, offer for sale and/or sale of wheeled shoes directly infringing and inducing the infringement of the Patents, including but not limited to the items depicted in attached Exhibit A (the "Unauthorized Product").  Unauthorized Products include wheeled shoes directly infringing and inducing the infringement of the Patents that have one or more wheels in the heel which may be fixed, removable and/or retractable.

Defendants' importing, advertising, displaying, promoting, marketing, distributing, providing, offering for sale and selling of the Unauthorized Product was engaged in willfully and intentionally, without leave or license from Plaintiff, in violation of Plaintiff's rights in and to the Patents.

Therefore, based on the foregoing facts, and

GOOD CAUSE APPEARING THEREFORE, THE COURT ORDERS that this Preliminary Injunction shall be and is hereby entered in the within action as follows:

1)     This Court has jurisdiction over the parties to this action and over the subject matter hereof pursuant to 35 U.S.C. §§ 101 *et seq*., 28 U.S.C. §§ 1331 & 1338.

2)     Service of process was properly made on the Defendants.

3)      Defendants have manufactured, purchased, offered for sale, distributed, and/or sold unauthorized copies of products covered by Plaintiff's Patents which infringe upon the Patents.

4)      The Defendants and their agents, servants, employees and all persons in active concert and participation with them who receive actual notice of the injunction are hereby restrained and preliminarily enjoined from infringing the Patents, either directly or indirectly, in any manner, including generally, but not limited to manufacturing, reproducing, importing, distributing, using, advertising, selling and/or offering for sale any Unauthorized Product, or inducing the making, using, selling or offering to sell any Unauthorized Product, which features any of the Patents; and

5)      The Defendants and their agents, servants, employees and all persons in active concert and participation with them are ordered immediately to deliver and ship to Plaintiff, at Defendants' cost, all Unauthorized Product in Defendants' custody or control, including all wheeled footwear that provide one or more wheels in the heel that allows a user to transition from walking or running to rolling.

6)      This injunction will go into effect after Plaintiff posts security with the Court in the amount of $500.


DATED:      7/28/09

_____
Hon. Dale S. Fischer
United States District Judge