UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Heeling Sports Limited,<br><br>                Plaintiff,<br>    v.<br><br>My Roller Shoes, Ang Li a/k/a Leon Lee, Tammy Ann & Ang Li Company, New Century Footwear, Inc., AirSun Shoes USA, Inc., ACU Group, Inc., Jin-Fu Lei aka Jeffrey Lei aka Big Lei and Does 5 – 10, inclusive,<br><br>                Defendants. | Case No. CV07-07783 DSF (SHx)<br><br>JUDGMENT AND PERMANENT INJUNCTION |

    This cause having come before this Court on the motion of Plaintiff Heeling Sports Limited for entry of default judgment and permanent injunction against remaining Defendants New Century Footwear, Inc., AirSun Shoes USA, Inc., ACU Group, Inc., and Jin-Fu Lei aka Jeffrey Lei aka Big Lei ("Defendants"), and the Court having read and considered the pleadings, declarations and exhibits on file in this matter and having reviewed such evidence as was presented in support of Plaintiff's Motion;

THE COURT ORDERS that this Judgment shall be and is hereby entered in the current action as follows:

1) Defendants infringed United States Patent No. 6,746,026 ("'026 Patent") through the importation, distribution, offer for sale and/or sale of the products depicted in Exhibit A ("Unauthorized Products").

2) Defendants and their agents, servants, employees and all persons in active concert and participation with them who receive actual notice of this injunction are hereby restrained and enjoined from infringing the '026 Patent, either directly or indirectly, in any manner, including generally, but not limited to manufacturing, reproducing, importing, distributing, using, advertising, selling and/or offering for sale any Unauthorized Products, or inducing the making, using, selling or offering to sell any Unauthorized Products, which features the '026 Patent.

3) Defendants and their agents, servants, employees and all persons in active concert and participation with them are ordered to immediately deliver and ship to Plaintiff, at Defendants' entire cost, all Unauthorized Products in Defendants' custody or control, including all wheeled footwear that provide one or more wheels in the heel that allow a user to transition from walking or running to rolling on the one or more wheels in the heel.

IT IS SO ORDERED.

DATED: 6/18/2010

_____
Hon. Dale S. Fischer
United States District Judge

**EXHIBIT A**



Exhibit A, Page 5



Exhibit A, Page 6



Exhibit A, Page 7



Exhibit A, Page 8